Law Library



# IN THE SUPERIOR COURT OF GUAM

JANICE T. AGUON,

        Plaintiff,

    vs.

VICENTE F. DUENAS,

        Defendant.

DOMESTIC CASE NO. DM0239-07

**DECISION AND ORDER**

On January 18, 2013, this matter came before the HONORABLE VERNON P. PEREZ on Defendant's renewed Motion for Modification of Custody. Attorney Daniel S. Somerfleck represented Defendant. Attorney Jacqueline T. Terlaje represented Plaintiff. The Court took the motion under advisement. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following Decision and Order.

## BACKGROUND

The Parties share one minor child, Madison Irene Duenas ("Madison"), female born on July 19, 1998. In 2007, Plaintiff requested custody of the minor and the Parties subsequently entered into a Stipulated Judgment on Custody granting Plaintiff primary physical custody. According to the stipulated judgment filed November 16, 2007, Defendant has physical custody of Madison on Mondays and Wednesdays after school and on alternating weekends. Both Parties retain joint legal custody of Madison.

On March 28, 2011, Defendant filed Notice of Motion to Modify Custody and Memorandum of Points and Authorities. Plaintiff filed Opposition to Motion to Modify Custody on May 4, 2011. The Court issued a Decision and Order on September 4, 2012 denying the requested modification. Defendant asked for reconsideration on September 21, 2012, which the Court granted on November 26, 2012. The Court had a fresh Motion for Modification of Custody hearing on January 18, 2013. The Court also had an opportunity to speak with the minor child. The Court now resolves the ongoing Motion for Modification.

## DISCUSSION

The Court hereby incorporates by reference the standard utilized in the discussion section of the Court's previous Decision and Order filed on September 4, 2012. As of the January 18, 2013 hearing, the Court installed a week on/week off schedule. After reviewing the facts and record of the history in this case, the Court believes that the week on/ week off custody arrangement should be made permanent.

The *Lanser v. Lanser* Court stated that "[t]itle 19 of the Guam Code Annotated, read as a whole, reflects the legislature's underlying policy that whenever possible, the sanctity of family life should be preserved by the inclusion of both parents in the lives of their children." 2003 Guam 14 at ¶ 12 (quoting *Flores v. Cruz*, 1998 Guam 30 ¶ 11). Section 8404(h) of 19 GCA provides that "it is legislative policy that children spend as much time with each of their parents as possible, when the parents are not living together." That section also provides that each parent should spend "more or less equal amounts of time" with the minor child. Therefore, the Court believes that a change in custody is proper. The Court will also reference the criminal case initiated against Plaintiff's husband as a change in circumstance and support for the modification.[1] The Court will grant modification in this case.

## CONCLUSION

Based on the foregoing reasons, the Court GRANTS Defendant's Motion to Modify Custody. The Parties will continue to share legal and physical custody of Madison, but the visitation schedule will now permanently be made week on/week off for the foreseeable future.

So ORDERED this 29 day of March, 2013.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

---

[1] The Court would like to emphasize that the criminal case lodged against Plaintiff's husband has no effect on the Court's view of Plaintiff. The Court only believes that such circumstances, and a change thereof, are sufficient to warrant modification.

*Aguon v. Duenas,*
Decision and Order
Domestic Case No. DM0239-07                    - Page 2 of 2 -